IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                    NO. 4:11CR00022-01-JM

PATRICK ALLEN

**ORDER**

On September 18, 2013, Defendant pleaded guilty to aiding and abetting other defendants to knowingly and intentionally possess with intent to distribute crack cocaine in violation of Title 21 U.S.C. §841(a)(1) and Title 18 U.S.C. §2. He was subsequently sentenced to a below-Guidelines-Range sentence of 120 months of imprisonment, three years of supervised release, and assessed $100 special penalty. The Eighth Circuit affirmed the reasonableness of his sentence on appeal by opinion dated August 7, 2014.

Pending before the Court is Defendant's Motion Requesting Review of Evidence (Docket No. 90). In his motion, Defendant is requesting that the Court review additional evidence, which he has attached, and consider removing a two-point enhancement for possession of a firearm that was applied during his sentencing. The Court is treating this motion as a motion attacking Defendant's sentence pursuant to 18 U.S.C. §2255. However, Defendant waived his right to collaterally attack his sentence under §2255 in his plea agreement, which states: "the defendant waives the right to collaterally attack the conviction and sentence pursuant to Title 28, United States Code, Section 2255, except for claims based on ineffective assistance of counsel that challenge the validity of the guilty plea or this waiver or prosecutorial misconduct." (Docket No. 60, ¶ 3). Defendant's current motion does not fall within the waiver's exception. "Waivers preserve the finality of judgments and sentences, and are of value to the accused to gain

concessions from the government." *DeRoo v. United States*, 223 F.3d 919, 923 (8th Cir. 2000). Furthermore, Defendant stipulated to the two-point enhancement for possession of a dangerous weapon in his plea agreement. (Docket No. 60, ¶ 5.C).

For these reasons, Defendant's Motion Requesting Review of Evidence (Docket No. 90), treated by the Court as a motion pursuant to §2255, is DENIED.

IT SO ORDERED this 19th day of March, 2015.

_____
James M. Moody Jr.
United States District Judge