# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                NO. 4:11CR00022-01-JM

**PATRICK ALLEN**

### ORDER

Pursuant to the order entered on this date, Defendant's motion pursuant to 28 U.S.C. § 2255 is denied. Because Defendant has failed to make a substantial showing that he was denied a constitutional right, no certificate of appealability will be issued.

IT SO ORDERED this 19th day of March, 2015.

_____
James M. Moody Jr.
United States District Judge